**Nos. 23-2180 & 23-2181**

---

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

### ANTHONY DUNN, et al.,

*Plaintiffs-Appellants/Cross-Appellees,*

**v.**

### SANTA FE NATURAL TOBACCO CO., INC., et al.,

*Defendants-Appellees/Cross-Appellants.*

---

On Appeal from the United States District Court
for the District Of New Mexico
(Hon. James O. Browning)

No. 1:16-md-2695-JB-LF

---

### DEFENDANTS-APPELLEES/CROSS-APPELLANTS'
### UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

---

Under Tenth Circuit Rule 34.1(A)(3), Defendants-Appellees/Cross-Appellants Santa Fe Natural Tobacco Co., Reynolds American Inc., and R.J. Reynolds Tobacco Co. (collectively, "Santa Fe") respectfully request that this Court reschedule the oral argument in this case—currently set for March 21, 2025—to the Court's May Session. If, however, the Court denies this request, Santa Fe requests that the Court maintain the existing March 21 argument date. In support of this request, Santa Fe states:

**1.** On January 14, 2025, this Court set argument in this case for March 21, 2025, at the Byron White United States Courthouse in Denver, Colorado.

1

**2.** Arguing counsel for Santa Fe has a conflict during the week of the March Session, due to a previously scheduled and significant healthcare issue involving his minor child. Santa Fe respectfully submits that this conflict constitutes the "extraordinary circumstances" that, under Tenth Circuit Rule 34.1(A)(3), justify postponement of oral argument.

**3.** Counsel for Plaintiffs-Appellants/Cross-Appellees have confirmed that they do not oppose this motion.

**4.** Arguing counsel for both parties are available for argument at any time during the Court's next argument session, which runs from May 13 to 16, 2025.

**5.** The parties agree that the cross-appeals are not suitable for submission on the briefs.

**6.** Santa Fe therefore respectfully requests that this Court move the date of oral argument to the Court's May Session. If, however, the Court denies this request, Santa Fe respectfully requests that the Court maintain the existing March 21 argument date.

For the foregoing reasons, this unopposed motion to reschedule oral argument should be granted.

January 24, 2025

Respectfully submitted,

Melanie B. Stambaugh
**RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.**
201 3rd St. NW, Suite 2200
Albuquerque, NM 87102
mstambaugh@rodey.com
505-768-7288

Meir Feder
Sharyl A. Reisman
**JONES DAY**
250 Vesey St., Floor 34
New York, NY 10281
mfeder@jonesday.com
sareisman@jonesday.com
212-326-3939

*/s/ William D. Coglianese*
Noel J. Francisco
William D. Coglianese
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC 20001
njfrancisco@jonesday.com
wcoglianese@jonesday.com
202-879-3939

David M. Monde
**JONES DAY**
1221 Peachtree St. NE, Suite 400
Atlanta, GA 30309
dmmonde@jonesday.com
404-521-3939

*Counsel for Defendants-Appellees / Cross-Appellants
Santa Fe Natural Tobacco Co., Reynolds American Inc.,
and R.J. Reynolds Tobacco Co.*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 260 words. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Calisto MT font.

*/s/ William D. Coglianese*
William D. Coglianese

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Tenth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ William D. Coglianese*
William D. Coglianese