# In the United States Court of Appeals for the Tenth Circuit

ANTHONY DUNN, et al,
*Plaintiffs-Appellants/Cross-Appellees*,

v.

SANTA FE NATURAL TOBACCO CO. INC., et al.,
*Defendants-Appellees/Cross-Appellants*.

On Appeal from the United States District Court
for the District of New Mexico (Alburquerque)
Case No. 1:16-MD-02695-JB-LF (The Hon. James O. Browning)

## PLAINTIFFS-APPELLANTS' MOTION TO WITHDRAW JESSICA GARLAND AS COUNSEL

The plaintiffs-appellants respectfully move to withdraw Jessica E. Garland as counsel in this matter. The plaintiffs-appellants will continue to be represented by other counsel from Gupta Wessler LLP who have appeared in this case.

Respectfully submitted,

*s/ Matthew W.H. Wessler*
DEEPAK GUPTA
MATTHEW W.H. WESSLER
JONATHAN E. TAYLOR
STEFANIE OSTROWSKI
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006

(202) 888-1741
*matt@guptawessler.com*

June 11, 2026

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 33 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

June 11, 2026

*s/ Matthew W.H. Wessler*
Matthew W.H. Wessler

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Tenth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

_s/ Matthew W.H. Wessler_
Matthew W.H. Wessler
