**Nos. 23-2180, 23-2181**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

---

**ANTHONY DUNN, et al.,**
Plaintiffs-Appellants/Cross-Appellees,

**v.**

**SANTA FE NATURAL TOBACCO CO., INC., et al.,**
Defendants-Appellees/Cross-Appellants.

---

On Appeal From The United States District Court
For The District Of New Mexico

No. 1:16-md-2695-JB-LF (MDL No. 2695)
(The Honorable James O. Browning)

---

# DEFENDANTS-APPELLEES/CROSS-APPELLANTS' UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING A PETITION FOR REHEARING EN BANC

---

Defendants-Appellees/Cross-Appellants Santa Fe Natural Tobacco Co., Reynolds American Inc., and R.J. Reynolds Tobacco Co. (collectively, "Santa Fe") respectfully move under Federal Rules of Appellate Procedure 26(b), 27(a)(1), and 40(d)(1), and Tenth Circuit Rule 27.5(A)(10), to extend by 15 days the time for filing a petition for rehearing en banc. Santa Fe has conferred with counsel for Plaintiffs-Appellants/Cross-Appellees ("Plaintiffs") and is authorized to represent that Plaintiffs do not object to the requested relief. In support of the requested relief, Santa Fe states as follows:

**1.** On July 29, 2026, the panel issued its opinion and entered judgment in this case. Under Federal Rule of Appellate Procedure 40(d)(1), any petition for panel rehearing or rehearing en banc is due 14 days later—*i.e.*, August 12.

**2.** On July 31, counsel for Santa Fe contacted counsel for Plaintiffs explaining that Santa Fe intended to move the Court for a 15-day extension of time to file a petition for rehearing en banc, extending the deadline to August 27. Counsel for Plaintiffs advised that Plaintiffs do not oppose such relief.

**3.** Good cause exists for granting the requested relief. *First*, this case presents several complex legal issues and a voluminous record on appeal, as reflected in the nearly 70-page panel-majority opinion and 22-page dissenting opinion. Undersigned counsel for Santa Fe thus seeks additional time to effectively evaluate grounds for rehearing and to coordinate a final position with their clients. *Second*, the attorneys responsible for this evaluation and coordination—and for preparing a rehearing petition—have competing professional and personal obligations during the period in which a rehearing petition is currently due, including pre-trial filings and meet-and-confer obligations in a matter pending in a federal district court;[1] a substantive, in-person case-management conference in an MDL matter pending in another federal district court;[2] amicus briefs

[1] *In re: Lantus Direct Purchaser Antitrust Litigation*, No. 16-cv-12652 (D. Mass).
[2] *In re: Insulin Pricing Litigation*, No. 23-md-3080 (D.N.J.).

in support of matters pending in the U.S. Supreme Court;[3] a complaint and administrative appeal in a non-public matter; and travel outside of the country. *Third*, Santa Fe is mindful of the need for an efficient resolution of these cross-appeals and has not previously sought an extension of time to file a rehearing petition. *Fourth*, a 15-day extension would not prejudice either side, as evidenced by Plaintiffs' non-opposition to the requested relief.

WHEREFORE, Santa Fe moves for a 15-day extension, until August 27, 2026, for filing a petition for rehearing en banc.

[3] *Kian v. Florida*, No. 25-6623 (U.S.); *Madigan v. United States*, No. 26-137 (U.S.).

Dated: August 3, 2026

Respectfully submitted,

*/s/ Noel J. Francisco*

Noel J. Francisco
William D. Coglianese
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
njfrancisco@jonesday.com
wcoglianese@jonesday.com
202-879-3939

David M. Monde
**JONES DAY**
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30309
dmmonde@jonesday.com
404-521-3939

Meir Feder
Sharyl A. Reisman
**JONES DAY**
250 Vesey Street, Floor 34
New York, NY 10281
mfeder@jonesday.com
sareisman@jonesday.com
212-326-3939

Melanie B. Stambaugh
**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
mstambaugh@rodey.com
505-768-7288

*Counsel for Defendants-Appellees Santa Fe Natural Tobacco Co., Reynolds American Inc., and R.J. Reynolds Tobacco Co.*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the portions exempted by Federal Rule of Appellate Procedure 27(a)(2)(B) and 32(f), it contains 422 words (as calculated by Microsoft Word).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and Tenth Circuit Rule 32(A), and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Calisto MT.

Dated: August 3, 2026

*/s/ Noel J. Francisco*

Noel J. Francisco
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
njfrancisco@jonesday.com
202-879-3939

*Counsel for Defendants-Appellees
Santa Fe Natural Tobacco Co.,
Reynolds American Inc., and
R.J. Reynolds Tobacco Co.*

## CERTIFICATE OF ELECTRONIC SUBMISSION

I hereby certify that, on August 3, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit via the court's CM/ECF system. All parties are represented by counsel of record who are registered CM/ECF users and who will be served by the Court's CM/ECF system.

Dated: August 3, 2026

*/s/ Noel J. Francisco*

Noel J. Francisco
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
njfrancisco@jonesday.com
202-879-3939

*Counsel for Defendants-Appellees Santa Fe Natural Tobacco Co., Reynolds American Inc., and R.J. Reynolds Tobacco Co.*