UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

v.　　　　　　　　　　　　　　　Case No.

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

    In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____
[Party or Parties][1]

_____

_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


_____    _____
Name of Counsel                                    Name of Counsel

_____    _____
Signature of Counsel                                 Signature of Counsel

_____    _____
Mailing Address and Telephone Number     Mailing Address and Telephone Number

_____    _____
E-Mail Address                                       E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# PLAINTIFF LIST

Anthony Dunn
Ceyhan Haksal
Michael Robinson
Harry Vartanyan
Michael Yang
Doug Pyle
Nick Vadis
Theodore Rothman
Justin Sproule
Patrick Scott
Russell Brattain
Shannon White
C.M. LeCompte
Danae Grandison
Michael Laboon
Dave Moyer
Victoria Cuebas
Ashley Waldo
Steve Okstad
Michael Anderson
Brooke Balocca
Elijah Bent
Charlene Blevins
Sam Bowman
Matokie Brim
Terry Cliver
Christos Christolow
George Coon
Gary Cruse
Margie Harris
Charles Honse
Clinton Horton
Collin Jass
Cristopher Jensen
Shereen Keith
Kelly Keiser
Asher King
Marilyn Komarinski

# PLAINTIFF LIST

Jodi Kumpula
Tom Kurtz
Richard Kusick
Mike Lair
Tracy Lee
Kathleen Lelli
Robert Litwin
Linda MacDonald-Lewis
Rudolph Miller
Richard Morelock
Deborah Orrtim Paulson
Richard Peavy
Concetta Schultz
Judy Sell
Harrison Thomas
Dani Weir
Tom Weir
Kyle Wiebe
Vicki Wilson
Timothy Ruggiero
Desire Gudmundson
Scott Johnston
Jason Cole
Rachael King
Jacques-Rene Hebert
Sara Benson
Carol Murphy
Francisco Chavez
Joshua Horne
Albert Lopez
Abigail Emmons

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

_____
Date

_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☐   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ I sent a copy of this Entry of Appearance
      [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
      [state method of service]

_____
Date

_____
Signature