## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Dunn, et al.,

v.

Santa Fe Natural Tobacco Company, et al.

Case No.   **23-2180**

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Plaintiffs listed in the attached sheet
_____
[Party or Parties][1]

_____

Appellant/Petitioner
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Melissa S. Weiner
_____
Name of Counsel

_____   Tel: (612) 389-0600
Signature of Counsel

328 Barry Ave. S., Suite 200, Wayzata, MN 55391
_____
Mailing Address and Telephone Number

mweiner@pwfirm.com
_____
E-Mail Address

Daniel L. Warshaw
_____
Name of Counsel

_____   Tel: (818) 788-8300
Signature of Counsel

15165 Ventura Blvd., Ste. 400, Sherman Oaks, CA 91403
_____
Mailing Address and Telephone Number

dwarshaw@pwfirm.com
_____
E-Mail Address

_____

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

**PLAINTIFF LIST**

Anthony Dunn
Ceyhan Haksal
Michael Robinson
Harry Vartanyan
Michael Yang
Doug Pyle
Nick Vadis
Theodore Rothman
Justin Sproule
Patrick Scott
Russell Brattain
Shannon White
C.M. LeCompte
Danae Grandison
Michael Laboon
Dave Moyer
Victoria Cuebas
Ashley Waldo
Steve Okstad
Michael Anderson
Brooke Balocca
Elijah Bent
Charlene Blevins
Sam Bowman
Matokie Brim
Terry Cliver
Christos Christolow
George Coon
Gary Cruse
Margie Harris
Charles Honse
Clinton Horton
Collin Jass
Cristopher Jensen
Shereen Keith
Kelly Keiser
Asher King
Marilyn Komarinski
Jodi Kumpula
Tom Kurtz
Richard Kusick
Mike Lair
Tracy Lee
Kathleen Lelli
Robert Litwin
Linda MacDonald-Lewis

## PLAINTIFF LIST

Rudolph Miller
Richard Morelock
Deborah Orrtim Paulson
Richard Peavy
Concetta Schultz
Judy Sell
Harrison Thomas
Dani Weir
Tom Weir
Kyle Wiebe
Vicki Wilson
Timothy Ruggiero
Desire Gudmundson
Scott Johnston
Jason Cole
Rachael King
Jacques-Rene Hebert
Sara Benson
Carol Murphy
Francisco Chavez
Joshua Horne
Albert Lopez
Abigail Emmons

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☑  The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☐  There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

11/16/2023
_____
Date

_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**Attorney Interested Party List**

Richard W. Hughes, I rwhughes@rothsteinlaw.com, egilchrist@rothsteinlaw.com, rbienvenu@rothsteinlaw.com

Nicholas Koluncich nkoluncich@outlook.com, julios@newmexicoclassactions.com, lisay@newmexicoclassactions.com, nkoluncich@newmexicoclassactions.com

Nancy Ruth Long email@longkomer.com, nancy@longkomer.com

Andrew G. Schultz aschultz@rodey.com, lanaya@rodey.com, mzamora@rodey.com

Melanie B Stambaugh mstambaugh@rodey.com, mtapia@rodey.com

Charles J. LaDuca charles@cuneolaw.com

David M. Monde dmmonde@jonesday.com

Michael Reese mreese@reesellp.com

Michael Fraser Stoer mstoer@jonesday.com, dbalden@jonesday.com, dbelott@JonesDay.com, dklote@jonesday.com, dprzywara@jonesday.com, jheintz@jonesday.com, llmoore@jonesday.com, michael-stoer-3281@ecf.pacerpro.com, mrseiden@jonesday.com, sareisman@jonesday.com, wcoglianese@jonesday.com

Charles D Moore moore@halunenlaw.com

David B. Alden dbalden@jonesday.com

Jon Gregory Heintz jheintz@jonesday.com

Sharyl Reisman sareisman@JonesDay.com, okoljack@jonesday.com

Mark R Seiden Mrseiden@jonesday.com

William D Coglianese wcoglianese@jonesday.com

Debra R. Belott dbelott@jonesday.com

Carlos Ramirez cramirez@reesellp.com

Kas Gallucci kas@consumersadvocates.com

Melissa Weiner mweiner@pwfirm.com, 2693782420@filings.docketbird.com, egrant@pwfirm.com, kadams@pwfirm.com

John C. Bienvenu jbienvenu@bienvenulaw.com, lmccann@rothsteinlaw.com, lstroud@rothsteinlaw.com

**Attorney Interested Party List**

Mark H Donatelli mhd@rothsteinlaw.com, jpena@rothsteinlaw.com, nrivera@rothsteinlaw.com, plinnenburger@rothsteinlaw.com, rbienvenu@rothsteinlaw.com, sgonzales@rothsteinlaw.com

Ronald Marron ron@consumersadvocates.com, ecf@consumersadvocates.com

Erika E Anderson erika@eandersonlaw.com, andrew@eandersonlaw.com, angela@eandersonlaw.com, eea@eandersonlaw.com, james@eandersonlaw.com, kaela@eandersonlaw.com, lawclerk2@eandersonlaw.com, legalassistant@eandersonlaw.com, paralegal@eandersonlaw.com

Daniel L. Warshaw dwarshaw@pwfirm.com, 7546762420@filings.docketbird.com, egrant@pwfirm.com, kbernal@pwfirm.com

Jonas M. Nahoum jonas@longkomer.com, email@longkomer.com

Gretchen Mary Elsner gretchen@elsnerlaw.org, Docket@ElsnerLaw.org

Kim Eleazer Richman krichman@richmanlawgroup.com

Douglas Gregory Blankinship gblankinship@fbfglaw.com, aja@fbfglaw.com, dsolomon@fbfglaw.com, fsimon@fbfglaw.com

Charles R.A. Morse cramorse@jonesday.com

Jeffrey Louis Haberman JHaberman@schlesingerlaw.com, aifhylton@schlesingerlaw.com, cara@schlesingerlaw.com, mbarrett@schlesingerlaw.com, megan@schlesingerlaw.com

Scott P. Schlesinger scott@schlesingerlaw.com

Jonathan Gdanski jgdanski@schlesingerlaw.com

John Allen Yanchunis, Sr jyanchunis@forthepeople.com, jcabezas@forthepeople.com

Marisa Kendra Glassman mglassman@forthepeople.com

Keith R. Mitnik kmitnik@forthepeople.com

Troy A. Fuhrman troy.fuhrman@hwhlaw.com

Steven William Teppler steppler@abbottlawpa.com

John-Russell Bart Pate pate@sunlawvi.com

Chad C. Messier cmessier@dtflaw.com

**Attorney Interested Party List**

Matthew David Schultz mschultz@levinlaw.com, mlycus@levinlaw.com, mschultz@ecf.courtdrive.com, tgilbert@ecf.courtdrive.com, tgilbert@levinlaw.com

Caleb L Marker caleb.marker@zimmreed.com, Josephine.lu@zimmreed.com

Joel R. Rhine jrr@rhinelawfirm.com

Feder Meir mfeder@JonesDay.com

Kelly Hyman kah@searcylaw.com, thb@searcylaw.com

Laurie Briggs lxb@searcylaw.com, thb@searcylaw.com, tobacco@searcylaw.com

James W Gustafson, Jr JWG@searcylaw.com

# CERTIFICATE OF SERVICE

I hereby certify that:

☑️    All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

[X]    On <u>11/16/2023           </u>, I sent a copy of this Entry of Appearance
                  [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
                                        [state method of service]

<u>11/16/20203</u>
Date

_____
Signature