Cross-Appeal Nos. 23-2180 and 23-2181

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

IN RE: SANTA FE NATURAL TOBACCO
COMPANY MARKETING & SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

On Cross-Appeal from the United States
District Court for the District of New Mexico
No. MD 16-2695 JB/LF
The Honorable James O. Browning

## JOINT MOTION TO CONTINUE BRIEFING

NANCY R. LONG
nancy@longkomer.com
**LONG, KOMER & ASSOCIATES, PA**
1800 Old Pecos Trail, Ste. A
P.O. Box 5098
Santa Fe, NM 87505
Phone: (505)982-8405

MELISSA S. WEINER
mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Phone: (612) 389-0600
Facsimile: (612) 389-0610

Andrew G. Schultz
Melanie B. Stambaugh
**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
Phone: 505-768-7288

Noel J. Francisco
William D. Coglianese
**JONES DAY**
51 Louisiana Drive NW
Washington, DC 20001
Phone: 202-879-3939

*(continued on following page)*

Scott P. Schlesinger
**SCHLESINGER LAW OFFICES, P.A**.
1212 SE Third Ave.
Ft. Lauderdale, FL 33316
Phone: (954) 467-8800
Email: scott@schlesingerlaw.com

*Attorneys for Plaintiffs-Appellants*

David M. Monde
JONES DAY
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30309
Phone: 404-521-3939

Meir Feder
Sharyl A. Reisman
JONES DAY
250 Vesey Street, Floor 34
New York, NY 10281
Phone: 212-326-3939

*Attorneys for Defendants-Appellees*

Plaintiff-Appellants and Defendants-Appellees (collectively, "the Parties"), through undersigned counsel, pursuant to Fed. R. App. P. Rule 27.6 and 10th Cir. R. 27.6, hereby jointly move to continue by 60 days the deadlines for filing the parties' respective opening briefs set forth in this Court's briefing schedule dated November 16, 2023. *See* Dkt. No. 010110954273.

The Parties seek such relief on the grounds that given the upcoming holiday season, and the significant and unresolved issues of class action law that are presented here (as described in the Parties' respective Fed. R. Civ. Proc. 23(f) petitions), each side needs more time to brief appropriately this set of cross appeals. Good cause exists for this joint request because:

- the class certification order on appeal is itself 429 pages;
- the district court docket, which is included in the preliminary record on appeal and reflects the voluminous briefing and expert reports related to the class certification motion, includes more than 400 docket entries, *see* Dkt. No. 010110945893 (Nov. 2, 2023); and
- this is the parties' first request for extension and no prejudice will result to either side by the grant of the requested relief.

Specifically, the Parties ask that the dates be continued as follows:

- Plaintiffs-Appellants' principal brief (which must be docketed as the first brief on cross-appeal) shall be served and filed by **February 26, 2024** (extending the current deadline of December 26, 2023 by 60 days).

- Defendants-Appellees' principal and response brief (which must be docketed as the second brief on cross-appeal) shall be served and filed by **May 28, 2024**, 90 days after Plaintiffs-Appellants' principal brief is served (extending by 60 days the 30-day deadline provided for in the Court's scheduling order).

- Plaintiffs-Appellants' response and reply brief (which must be docketed as the third brief on cross-appeal) shall be served and filed by **June 27, 2024** (30 days after Defendants-Appellees' principal and response brief is served).

- Defendants-Appellees' reply brief (which must be docketed as the fourth brief on cross-appeal) shall be served and filed by July 18, 2024 (21 days after Plaintiffs-Appellants' response and reply brief is served).

For the reasons set forth above, the Parties respectfully request the relief herein.

Respectfully submitted,

| | |
|---|---|
| DATE: December 5, 2023 | DATE: December 5, 2023 |
| By: */s/ Nancy R. Long* <br> NANCY R. LONG <br> nancy@longkomer.com <br> **LONG, KOMER & ASSOCIATES, PA** <br> 1800 Old Pecos Trail, Ste. A <br> P.O. Box 5098 <br> Santa Fe, NM 87505 <br> Phone: (505)982-8405 <br><br> MELISSA S. WEINER <br> mweiner@pwfirm.com <br> **PEARSON WARSHAW, LLP** <br> 328 Barry Avenue S., Suite 200 <br> Wayzata, MN 55391 <br> Phone: (612) 389-0600 <br> Facsimile: (612) 389-0610 <br><br> Scott P. Schlesinger <br> **SCHLESINGER LAW OFFICES, P.A**. <br> 1212 SE Third Ave. <br> Ft. Lauderdale, FL 33316 <br> Phone: (954) 467-8800 <br> Email: scott@schlesingerlaw.com <br><br> *Attorneys for Plaintiffs-Appellants* | By: */s/ David M. Monde* <br> Andrew G. Schultz <br> Melanie B. Stambaugh <br> **RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.** <br> 201 3rd Street NW, Suite 2200 <br> Albuquerque, NM 87102 <br> Phone: 505-768-7288 <br><br> Noel J. Francisco <br> William D. Coglianese <br> JONES DAY <br> 51 Louisiana Drive NW <br> Washington, DC 20001 <br> Phone: 202-879-3939 <br><br> David M. Monde <br> JONES DAY <br> 1221 Peachtree Street NE, Suite 400 <br> Atlanta, GA 30309 <br> Phone: 404-521-3939 <br><br> Meir Feder <br> Sharyl A. Reisman <br> JONES DAY <br> 250 Vesey Street, Floor 34 <br> New York, NY 10281 <br> Phone: 212-326-3939 <br><br> *Attorneys for Defendants-Appellees* |

# CERTIFICATION OF SIGNATURES AND DIGITAL SUBMISSION

I respectfully certify the following:

a. I have authority to file and sign this submission on behalf each of the above indicated signatories.

b. The ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program is free of viruses.

*/s/Nancy R. Long*
NANCY R. LONG

## **CERTIFICATE OF WORD COUNT**

Pursuant to Fed. R. App. P. Rule 32(g)(1), I hereby certify that, the foregoing motion, which was prepared using Times New Roman 14-point typeface, contains 358 words, excluding the parts of the document that are exempted by Fed. R. App. P. Rule 32(f) and 10th Cir. R. 32(B). This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Word) used to prepare the document.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Nancy R. Long*
NANCY R. LONG