**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**December 7, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

ANTHONY DUNN, et al.,

     Plaintiffs - Appellants/Cross-
     Appellees,

v.

 SANTA FE NATURAL TOBACCO
COMPANY, INC., et al.,

     Defendants - Appellees/Cross-
     Appellants.

Nos. 23-2180 & 23-2181
(D.C. No. 1:16-MD-02695-JB-LF)
(D. N.M.)

**ORDER**

These cross appeals are before the court on the parties' *Joint Motion to Continue*

*Briefing*, which the court construes as a motion to set an extended briefing schedule.

Upon consideration, and as construed, the motion is granted. The current deadline for

filing the first brief and appendix on cross appeal is vacated. The parties shall file their

briefs and appendices as follows:

| | |
|---|---|
| Plaintiffs-Appellants' principal brief and appendix | February 26, 2024 |
| Defendants-Cross-Appellants' principal and response brief and appendix | May 28, 2024 |
| Plaintiffs-Appellants' response and reply brief | June 27, 2024 |
| Defendants-Cross-Appellants' reply brief | July 18, 2024 |

In light of the extended nature of this briefing schedule, requests for an extension of time to file any of the briefs are strongly discouraged.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
    Chief Deputy Clerk