FILED
United States Court of Appeals
Tenth Circuit

February 21, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ANTHONY DUNN, et al.,

    Plaintiffs - Appellants/Cross-Appellees,

v.

SANTA FE NATURAL TOBACCO COMPANY, INC., et al.,

    Defendants - Appellees/Cross-Appellants.

Nos. 23-2180 & 23-2181
(D.C. No. 1:16-MD-02695-JB-LF)
(D. N.M.)

_____

**ORDER**

_____

This matter is before the court on appellants' *Unopposed Motion to Continue Briefing*.

Upon consideration, the court grants the motion and sets the following deadlines for the briefing. The court notes that further extensions of time are strongly discouraged.

- Appellants' opening brief (the first brief on cross-appeal) and accompanying appendix shall be served and filed on or before March 4, 2024;

- Appellees' response brief (the second brief on cross-appeal) and accompanying appendix shall be served and filed on or before June 4, 2024;

- Appellants' response and reply brief (the third brief on cross-appeal) shall be served and filed on or before July 5, 2024; and
- Appellees' reply brief (the fourth brief on cross-appeal) shall be served and filed on or before July 25, 2024.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk